# Third District Court of Appeal

## State of Florida

Opinion filed April 3, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2007
Lower Tribunal No. F08-23160
_____

**Juan A. Aguilar,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Miguel M. de la O, Judge.

Juan A. Aguilar, in proper person.

Ashley Moody, Attorney General, and Richard L. Polin, Chief Assistant Attorney General, for appellee.

Before EMAS, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Witt v. State, 387 So. 2d 922, 931 (Fla. 1980); Mosley v. State, 209 So. 3d 1248, 1276–83 (Fla. 2016); Hester v. State, 267 So. 3d 1084, 1086 (Fla. 1st DCA 2019); cf. Powers v. State, 316 So. 3d 352 (Fla. 4th DCA 2021); Archer v. State, 332 So. 3d 24 (Fla. 2d DCA 2021).